```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
                                  )
ELLIOT DOE, by and through his    )
next Friend and Parents SUZANNE   )
DOE and ROBERT DOE, and his       )
Parents, SUZANNE DOE and ROBERT   )
DOE                               )
                                  )   CIVIL ACTION
         Plaintiffs,              )   NO. 09-11611-WGY
                                  )
         v.                       )
                                  )
NEWBURYPORT PUBLIC SCHOOLS,       )
                                  )
         Defendant.               )
                                  )
```

**ORDER**

YOUNG, D.J.                                          February 4, 2010

The Does began administrative proceedings against the Newburyport Public Schools on or about May 12, 2009, which proceedings were closed by the hearing officer, without a final determination, on or about September 21, 2009.  The proceedings concerned provision of a free, appropriate, public education and suitable educational facilities for their son Elliot, as required by federal law.

Elliot Doe is a ten year old, 4th grade student with considerable learning difficulties and numerous allergies. These conditions required the Does to seek out and secure placement at educational institutions which can deal with Elliot's particular requirements. During the school year 2008-2009, the Does had placed Elliot in the Villa Maria Education Center in Stamford,

Connecticut. This was made possible by Suzanne and Elliot Doe residing in New Canaan, Connecticut during the school week, and returning to a rented property, where Robert Doe resided, in Newburyport for weekends and during holidays.

In or around August 2009, constrained by the straitened financial circumstances, the Does surrendered their lease to the property in Newburyport, and took up residence in Westport, Connecticut, in order to allow Elliot to attend at the Eagle Hill School in Greenwich, Connecticut. In March 2009, the Does had previously paid a non-refundable deposit to secure Elliot's place at Eagle Hill, having identified that school, on independent recommendation and investigation, as the ideal placement for Elliot going forward.

As the Does no longer reside in Newburyport, the Newburyport Public Schools are under no obligation to provide any educational or special educational facilities for Elliot Doe. M.G.L. c.76, § 1; <u>Student</u> v. <u>Northampton Public Schools</u>, BSEA #04-2633; <u>Andrew M.</u> v. <u>Beverly Public Schools</u>, BSEA #96-3249.

The Newburyport Public Schools' Motion for Summary Judgment [Doc. No. 7] is therefore allowed and the Does' cross motion [Doc. No. 19] is denied.  Judgment shall be entered for the Newburyport Public Schools.

SO ORDERED.

    /s/ William G. Young
**WILLIAM G. YOUNG**
**DISTRICT JUDGE**